

EPSTEIN
BECKER
GREEN

Attorneys at Law

Allen B. Roberts
t 212.351.3780
f 212.878.8600
ARoberts@ebglaw.com

December 5, 2019

**VIA ECF**
The Honorable Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

      Re: *LaBelle v. Barclays Capital Inc.,* 19-CV-3800 (JPO)(SDA)
          Request for Extension of Time to Respond to the Court's
          December 2, 2019 Order

Dear Judge Aaron:

      We write on behalf of Barclays Capital Inc. ("Barclays") with regard to this Court's Order dated December 2, 2019 (ECF No. 62), requiring Barclays to file a letter with this Court setting forth non-privileged information as to the "matter" on which Kathleen Harris of Arnold & Porter worked, and Barclays' "views on 28 U.S.C. § 455(b)," by December 9, 2019.

      Barclays respectfully requests that its time to comply be extended to December 13, 2019. This additional time is necessary in order to appropriately respond to the Court's Order. Plaintiff confirmed that he has no objection to an extension of Barclays' time to submit a response (*see* ECF No. 59 at 3).

      We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Allen B. Roberts
Allen B. Roberts

ENDORSEMENT: Request GRANTED.
Dated: 12/6/19 SO ORDERED.

_____
Hon. Stewart D. Aaron
U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/19

Epstein Becker & Green, P.C. | 875 Third Avenue | New York, NY 10022 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

Firm:49645687