UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BRIAN LA BELLE.                                  :

        Plaintiff,                       :         ORDER

        -v.-                              :         19 Civ. 3800 (JPO) (GWG)

BARCLAYS CAPITAL INC.,                  :

        Defendant.                       :

---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

      The Court is in receipt of plaintiff's April 2, 2020 letter, Docket # 74, as well as the April 6, 2020, letters filed by defendant and non-party The Blackstone Group Inc. Docket ## 75, 76. Because the Court may choose to decide this discovery dispute based solely on the parties' letters, the Court hereby grants plaintiff the opportunity to file a letter replying to the submissions made by defendant and The Blackstone Group Inc. If plaintiff chooses to file a reply, he shall do so by no later than Monday, April 13, 2020.

        SO ORDERED.

Dated: April 8, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge