UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LA BELLE,                                          :

                                                            :          <u>ORDER</u>
                       Plaintiff,
                                                            :          19 Civ. 3800 (JPO) (GWG)
   -v.-

                                                            :
BARCLAYS CAPITAL INC.,
                                                            :

                  Defendant.            :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The Court regrets that it must adjourn the discovery conference currently scheduled for August 5, 2020.  The conference is hereby adjourned to August 19, 2020, at 4:00 p.m.


     SO ORDERED.

Dated: July 27, 2020
      New York, New York

                                                                                 _____
                                                                                 GABRIEL W. GORENSTEIN
                                                                                 United States Magistrate Judge