UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LA BELLE                                              :

                                               :       <u>ORDER</u>
                          Plaintiff,

                                             :       19 Civ. 3800 (JPO) (GWG)
   -v.-

                                             :

BARCLAYS CAPITAL INC.,
                                             :

                    Defendant.       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Oral argument on the pending application regarding the defendant's claim of privilege will take place on Tuesday, March 16, 2021, at 3:30 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.)

     The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. When addressing the Court, counsel must <u>not</u> use a speakerphone. Each attorney is directed to ensure that all other attorneys are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     At the oral argument the Court will likely go through each document at issue sequentially and will expect the parties (or the defendant if only the defendant has the particular information) to be able to summarize (1) the circumstances of the document's creation; (2) the personnel involved, including their roles and titles and (3) the legal arguments regarding privilege as to the document.

     SO ORDERED.

Dated: March 12, 2021
       New York, New York

                                                     _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge