UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN LA BELLE,                                   :

                                           :   <u>ORDER</u>
                  Plaintiff,

                                           :   19 Civ. 3800 (JPO) (GWG)
   -v.-

                                           :
BARCLAYS CAPITAL INC.,
                                           :

               Defendant.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Plaintiff is directed to file a reply to defendant's letter (Docket # 149) on or before July 29, 2021.

      SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                                 GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge