UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LA BELLE,                                            :

                                                                 :      ORDER
                Plaintiff,

                                                                 :      19 Civ. 3800 (JPO) (GWG)

  -v.-

                                                                 :

BARCLAYS CAPITAL INC.,
                                                                 :

                Defendant.                                 :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      At a conference held today the Court asked defendant to supply by October 14, 2021, a letter providing explanation for the citation in Docket # 164 to <u>DeLorenzo v. Spartan Sec. Services, Inc</u>., 2018 WL 3979597 (S.D.N.Y. Aug. 20, 2018).  Upon reviewing <u>DeLorenzo</u>, the Court believes that the defendant's citation was proper.  Accordingly, the Court vacates its oral directive to provide further explanation of that citation.  However, the Court adheres to its decision that the reasons for Argentic's decision to reduce Plaintiff's bonus amount is of insufficient relevance to the claims or defenses in this case under Rule 26(b) to require production.

      SO ORDERED.

Dated:  October 7, 2021
        New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge