```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIAN LA BELLE                                    :

                                                  :     ORDER
                    Plaintiffs,
                                                  :     19 Civ. 3800 (JPO) (GWG)
    -v.-

                                                  :
BARCLAYS CAPITAL INC.
                                                  :

                    Defendants.                   :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

No party shall file any motion for summary judgment (returnable before Judge Oetken) until the pending discovery disputes are resolved. The parties may propose deadlines for the filing of such motions within 5 days of the resolution.

SO ORDERED.

Dated: February 11, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge