UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN LA BELLE                                          :
                                                        :     ORDER
                        Plaintiff,
                                                        :     19 Civ. 3800 (JPO) (GWG)
        -v.-
                                                        :
BARCLAYS CAPITAL INC.                                   :
                                                        :
                        Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Any summary judgment motion is returnable before Judge Oetken, shall comply with his Individual Practices, and shall be filed on or before April 8, 2022.

     SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge