UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIAN LA BELLE                                        :

                                                            :     ORDER
                         Plaintiff,
                                                            :     19 Civ. 3800 (JPO) (GWG)

    -v.-
                                                              :

BARCLAYS CAPITAL INC.
                                                             :

                       Defendant.            :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Plaintiff has leave to file a brief reply to Docket # 278 if he wishes. Any such reply should be filed by August 17, 2022.

     SO ORDERED.

Dated: August 12, 2022
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge