UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LA BELLE                                      :

               Plaintiff,            :        <u>ORDER</u>

   -v.-                                                    :
                                                     19 Civ. 3800 (JPO) (GWG)
BARCLAYS CAPTIAL INC.,                        :

               Defendant.        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the unexpected unavailability of one of the attorneys on this matter, the discovery conference scheduled for today is adjourned to October 20, 2022, at 10:30 a.m. and is changed to a telephone conference.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge