```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIAN LA BELLE                                  :

                Plaintiff,                      :      ORDER

        -v.-                                    :
                                                       19 Civ. 3800 (JPO) (GWG)
BARCLAYS CAPITAL INC.,                          :

                Defendant.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The telephonic discovery conference scheduled for October 20, 2022, at 10:30 a.m. is adjourned to October 28, 2022, at 10:30 a.m. The same dial-in instructions apply.   Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.

    SO ORDERED.

Dated:  October 17, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge