UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN LA BELLE                                            :

        Plaintiff,                                    :        ORDER

   -v.-                                                          :
                                                 19 Civ. 3800 (JPO) (GWG)
BARCLAYS CAPITAL INC.,                          :

        Defendant.                                :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The time of the telephonic discovery conference scheduled for October 28, 2022, at 10:30 a.m. is changed to 11:30 a.m.  The same dial-in instructions apply.  Each attorney is directed to ensure that all other attorneys on the case are aware of the new time.

       SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                                     GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge