**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIAN LA BELLE,

                     Plaintiff,
      -against-                                          19 **CIVIL** 3800 (JPO)

                                                              **JUDGMENT**

BARCLAYS CAPITAL INC.,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 24, 2023, Defendant's motion for summary judgment is GRANTED, and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 24, 2023

                                                           **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                **BY:**      *K. Mango*

                                                                 **Deputy Clerk**